**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00025-GPG

NATHAN DANIEL KNUTH,

    Plaintiff,

v.

JUDGE RANDALL C. ARP,
RICK RAEMISCH,
BRANDON SHAFFER,
EVANGELINE GRAZIANO,
STEVE JENSON,
KATE KNOWLES,
MARTHA ESKESEN,
KAUSHIKI CHOWDHURY, and
JAMES ABER,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    The Request for Permission to Proceed Without Any Further Exhaustion of State Remedies as it Would be Futile (ECF No. 6) filed January 12, 2016, is DENIED without prejudice. The instant action is not a habeas corpus action and any habeas corpus claims Plaintiff seeks to pursue must be raised by way of an application for a writ of habeas corpus in a separate action.

Dated:   February 4, 2016